UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELL WYLE WILLIS, | No. 2:14-cv-2292 DAD P |
| Petitioner, | |
| v. | ORDER |
| PEOPLE OF THE STATE OF CALIFORNIA, et al. | |
| Respondents. | |

Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus under 28 U.S.C. § 2254. He requests additional time in which to file an amended petition pursuant to the court's order of February 5, 2015. Good cause appearing, the request will be granted.

Petitioner has also requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. Here, the court does not find that the interests of justice would be served by the appointment of counsel at present.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The motion for an extension of time (ECF No. 9) is granted. Petitioner has thirty days from the date of this order in which to file an amended petition in compliance with the court's order of February 5, 2015.

2. Petitioner's motion for appointment of counsel (ECF No. 8) is denied without prejudice to a renewal of the motion at a later stage of the proceedings.

Dated: March 17, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

hm
will2292.ord